UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES GREEN,

    Plaintiff,

v.                                                     Case No. 8:24-cv-1182-KKM-LSG

ERIC WILKINSON, et al.,

    Defendants.

_____

## ORDER

In a January 22, 2025, report (Doc. 16), the United States Magistrate Judge recommends denial of pro se plaintiff James Green's motion to proceed in forma pauperis and dismissal of this action with prejudice. The deadline to object has passed without an objection.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by a magistrate judge, the district court must conduct a de novo review of that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews legal conclusions de novo, even absent an objection. *See Cooper-Houston v.*

*S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

Absent an objection and after reviewing the factual allegations and legal conclusions, the Court adopts the Magistrate Judge's Report and Recommendation. Green's claims under 42 U.S.C. § 1983 are all barred by Florida's four-year statute of limitations on such claims. *See* § 95.11(3)(o), Fla. Stat.; *see also Chappell v. Rich*, 340 F.3d 1279, 1283 (11th Cir. 2003) (per curiam). As a result, Green fails to state a claim upon which relief may be granted. This means that Green's motion to proceed in forma pauperis must be denied and that his complaint must be dismissed. *See* 28 U.S.C. § 1915(e)(2)(B). Finally, although a plaintiff is ordinarily afforded a chance to amend his complaint, the deficiencies in Green's complaint are not "curable." *Woldeab v. Dekalb Cnty. Bd. of Educ.*, 885 F.3d 1289, 1291 (11th Cir. 2018). Even with a "more carefully drafted complaint," Green could not state a § 1983 claim because Green cannot plausibly allege that Florida's statute of limitations does not bar his claims. *Id.*

Accordingly, the following is **ORDERED**:

1. The Magistrate Judge's Report & Recommendation (Doc. 16) is **ADOPTED** and made a part of this order for all purposes.
2. Green's Motion to Proceed in Forma Pauperis (Doc. 2) is **DENIED**.
3. Green's action is **DISMISSED WITH PREJUDICE**.

4. The Clerk is directed to enter judgment, which shall read "This case is dismissed with prejudice."

5. The Clerk is directed to **CLOSE** this case and mail Green a copy of this Order.

**ORDERED** in Tampa, Florida, on February 11, 2025.

Kathryn Kimball Mizelle
United States District Judge

3