UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES GREEN,

    Plaintiff,

v.	Case No. 8:24-cv-1182-KKM-LSG

ERIC WILKINSON, et al.,

    Defendants.

## ORDER

In an April 23, 2025 report (Doc. 28), the United States Magistrate Judge recommends denial of pro se plaintiff James Green's amended motion to appeal in forma pauperis. The deadline to object has passed without an objection.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by a magistrate judge, the district court must conduct a de novo review of that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews legal conclusions de novo, even absent an objection. *See Cooper-Houston v.*

*S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

Absent an objection and after reviewing the factual allegations and legal conclusions, the Court adopts the Magistrate Judge's Report and Recommendation. Green's claims are all barred by Florida's four-year statute of limitations. *See* § 95.11(3)(o), Fla. Stat.; *see also Chappell v. Rich*, 340 F.3d 1279, 1283 (11th Cir. 2003) (per curiam). And his tolling argument is forfeited because he did not raise it in this court. *See Tannenbaum v. United States*, 148 F.3d 1262, 1265 (11th Cir. 1998) (per curiam). Green's appeal therefore lacks arguable merit and is not in good faith, and his motion to appeal in forma pauperis must be denied.

Accordingly, the following is **ORDERED**:

1. The Magistrate Judge's Report & Recommendation (Doc. 28) is **ADOPTED** and made a part of this order for all purposes.

2. Plaintiff James Green's Amended Motion to Appeal in Forma Pauperis (Doc. 24) is **DENIED**.

3. The Court **CERTIFIES** that Green's appeal lacks arguable merit and is not taken in good faith.

4. The clerk is **DIRECTED** to notify the clerk of the U.S. Court of Appeals for the Eleventh Circuit of this order in accordance with Federal Rule of Appellate Procedure 24(a)(4).

5. The clerk is **FURTHER DIRECTED** to mail the plaintiff a copy of this order.

**ORDERED** in Tampa, Florida, on May 9, 2025.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge

3